IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR353 |
| v. | |
| TRAVIS CHRISTOPHER HARVEY, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Travis Christopher Harvey's ("Harvey") Motion for Permission to Appeal in Forma Pauperis (Filing No. 113) and accompanying financial affidavit.[1] Under Federal Rule of Appellate Procedure 24(a)(3), a party "who was determined to be financially unable to obtain an adequate defense in a criminal case" may "proceed on appeal in forma pauperis without further authorization" unless the Court certifies the appeal is not taken in good faith or the party is otherwise not entitled to proceed in forma pauperis. *See also* 28 U.S.C. § 1915.

Here, the Court appointed counsel to represent Harvey based on his financial inability "to obtain an adequate defense." Fed. R. App. P. 24(a)(3). On careful review of the record in this case, the Court finds no indication that Harvey's appeal is not taken in good faith or any other reason that precludes Harvey from proceeding in forma pauperis. *See id.*; *see also* 28 U.S.C. § 1915. Accordingly, Harvey's Motion for Permission to Appeal in Forma Pauperis (Filing No. 113) is granted.

IT IS SO ORDERED.

Dated this 2nd day of July 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge

---

[1] Harvey filed a Notice of Appeal (Filing No. 114) today.