IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  TRAVIS CHRISTOPHER HARVEY,  Defendant. | 8:18CR353  JUDGMENT |

In accordance with the Memorandum and Order entered today (Filing No. 134), Travis Christopher Harvey's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Filing No. 133) is denied.

Dated this 22nd day of September 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge